IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                                                  Case No. 3:10cr103/MCR

**KENNETH EUGENE HAYNES**

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, in the indictment in the above-entitled action, the United States sought forfeiture of all property of the defendant, **KENNETH EUGENE HAYNES**, pursuant to Title 18, United States Code, Section 2428 (as well as other relevant statutes), as property constituting, or derived from, proceeds obtained directly or indirectly from the violations set forth in said indictment and/or property used or intended to be used to commit or promote the commission of the offenses set forth in Counts One and Two of said indictment, to wit: that the defendant did knowingly use a computer to attempt to persuade, induce, entice and coerce a minor individual to engage in sexual activity and knowingly travel in interstate commerce for the purpose of engaging in illicit sexual conduct with said minor;

AND WHEREAS, on or about December 15, 2010, defendant, **KENNETH EUGENE HAYNES,** pled guilty to the violations set forth in the indictment and has now consented to forfeiture with regard to the defendant's interest in the specifically below noted property;

FILED IN OPEN COURT THIS
12-15-2010
CLERK, U.S. DISTRICT
COURT, NORTH. DIST. FLA.

AND WHEREAS, by virtue of said guilty plea and concession of forfeiture, the United States is now entitled to possession of said property, pursuant to Title 18, United States Code, Section 2428 and Rule 32.2(b) of the Federal Rules of Criminal Procedure; now wherefore,

IT IS HEREBY ORDERED:

1. That all of defendant's right and interest in the property described below is hereby forfeited to and vested in the United States of America.

2. That the property which is subject to forfeiture in this Order is as follows:

**(A)  2005 Mercedes-Benz CLK, VIN #WDBTK65G15T037272;**

**(B)  2007 31.8' Regal Watercraft, HIN #RGMVF146H607, USCG DOC #DO1223798;**

**(C)  Dell Optiplex 740 Tower Computer System with two hard drives, (Serial #6RY8016A and #3JVCXBA0);**

**(D)  Maxtor external hard drive (Serial #2HAABCGN);**

**(E)  HP laptop computer (Serial #CNF74321LY);**

**(F)  Web Logitech camera;**

**(G)  Sony cyber-shot digital camera (#DSC-T100); and**

**(H)  Sprint cellular telephone utilizing number #XXX-XXX-9090.**

3. That an Order of preliminary forfeiture is hereby entered in favor of the United States against defendant **KENNETH EUGENE HAYNES** pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED this 15th day of DEC., 2010.

*M. Casey Rodgers*
M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE