IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 3:10cr103/MCR

KENNETH EUGENE HAYNES

FINAL ORDER OF FORFEITURE
AS TO DEFENDANT KENNETH EUGENE HAYNES

WHEREAS, on December 15, 2010, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of Title 18, United States Code, Sections 2253 and 2428 (as well as other relevant statutes), based upon the defendant's guilty plea to Counts One and Two of the indictment in this action, and the attached forfeiture provision thereto, of the property listed as:

(A) 2005 Mercedes-Benz CLK, VIN #WDBTK65G15T037272;

(B) 2007 31.8' Regal Watercraft, HIN #RGMVF146H607,

USCG DOC #DO1223798;

(C) Dell Optiplex 740 Tower Computer System with two hard drives,

(Serial #6RY8016A and #3JVCXBA0);

(D) Maxtor external hard drive (Serial #2HAABCGN);

(E) HP laptop computer (Serial #CNF74321LY);

(F) Web Logitech camera;

FILED IN OPEN COURT THIS
3-10-2011
CLERK, U.S. DISTRICT
COURT, NORTH. DIST. FLA.

(G) Sony cyber-shot digital camera (#DSC-T100); and

(H) Sprint cellular telephone utilizing #XXX-XXX-9090.

AND WHEREAS, pursuant to Rule 32(b)(2) and 32.2(b)(2) of the Federal Rules of Criminal Procedure said Preliminary Order of Forfeiture shall be made final as to defendant **KENNETH EUGENE HAYNES** at the time of sentencing and shall be made part of the sentence and included in the judgment, now wherefore,

IT IS HEREBY ORDERED:

That all of defendant **KENNETH EUGENE HAYNES'** right, title and interest in the property described above is hereby forfeited to and vested in the United States of America and that said forfeiture is now final as to the defendant for all purposes.

IT IS SO ORDERED this 10th day of March, 2011.

M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE