UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO.  3:10cr103/MCR/CJK
                                                      3:16cv315/MCR/CJK
KENNETH EUGENE HAYNES

_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 9, 2016.  ECF No. 49.  Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The amended motion to vacate, set aside, or correct sentence, ECF No. 41, is DENIED.

3. A certificate of appealability is DENIED.

**DONE AND ORDERED** this 5th day of October, 2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**